United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LATRICE NELSON,
Plaintiff,
v.
MACY'S RETAIL HOLDINGS, LLC,
Defendant.

Case No. 25-cv-05541-JSC

**PRETRIAL ORDER NO. 1: CASE SCHEDULE THROUGH CLASS CERTIFICATION**

Following the case management conference held on August 12, 2026, the Court ORDERS the following deadlines:

- Last day to move to amend pleadings: November 12, 2026
- Plaintiff's Class Certification Motion: February 12, 2027
- Defendant's Opposition: April 13, 2027
- Plaintiff's Reply: May 13, 2027
- Class Certification Hearing: June 10, 2027

The Court will hold a further case management conference on November 18, 2026 at 2:00 p.m. via Zoom video. An updated joint case management conference statement that addresses the status of class certification discovery is due one week in advance.

**IT IS SO ORDERED.**

Dated: August 12, 2026

JACQUELINE SCOTT CORLEY
United States District Judge